IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| COLLECTIVE SHARED SERVICES, LLC<br>108 West 13th Street<br>Wilmington, DE 18801[1]<br><br>　　　Plaintiff and<br>　　　Counterclaim Defendant<br><br>　　　v.<br><br>CPDA Canvass Network, LLC<br>449 Troutman Ave., Suite A<br>Brooklyn, NY 11237<br><br>　　　Defendant and<br>　　　Counterclaim Plaintiff | Civil Action No. 8:19-cv-01208-GJH |

## DEFENDANT'S DISCLOSURE OF CORPORATE INTEREST

Pursuant to Fed. R. Civ. P. Rule 7.1(a) and L.R. 103.3, Defendant and Counterclaim Plaintiff CPDA Canvass Network, LLC ("CPDA"), by and through its undersigned counsel, hereby states that it is a limited liability company with one (1) member, Center for Popular Democracy Action, a 26 U.S.C. § 501(c)(4) corporation that is a citizen of the State of New York.

CPDA further states that the following non-party may have a financial interest in the outcome of this litigation: Center for Popular Democracy, a non-profit 26 U.S.C. § 501(c)(3) corporation that is a citizen of the state of New York.

---

[1] In the initial caption for the Complaint and attached cover sheet, Plaintiff lists as its address "108 West 13th Street, Wilmington, DE 18801." *See* [Doc. 1], Attachment A. In subsequent pleadings filed with the Circuit Court for Montgomery County, however, Plaintiff lists its address as "5201 Nahant Street, Bethesda, MD 20816." *See* [Doc. 1] Attachments B, C. Defendant takes no position as to the address of Plaintiff.

Dated: May 1, 2019                  _____/s/_____
                                    P. Andrew Torrez (D.Md. Bar No. 27268)
                                    THE LAW OFFICES OF P. ANDREW TORREZ,
                                      LLC
                                    28 E. Susquehanna Ave., Suite 206
                                    Towson, Maryland 21286
                                    Phone:  (240) 230-7309
                                    email:  patorrez@patorrez.com

                                    *Attorney for Defendant*
                                    *CPDA Canvass Network, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2019, the foregoing Disclosure of Corporate Interest was filed electronically via CM/ECF and electronic copies were served on counsel of record.


                                    _____/s/   P. Andrew Torrez_____
                                    P. Andrew Torrez

2