Subscribe          Past Issues                                                                      Translate ▼

View this email in your browser



# Forced Float
## LESSON LEARNED

Phillip,

One of our "mission-based services" is allowing some hosts to "float" payroll through us rather than have funds drawn directly from their accounts. This is especially helpful for cash-flow-tight entities.

But payroll is tricky. It is "immediate" and has many instant obligations that go along with it. Paying for it is not the same as waiting to pay a bill for printing donor cards. Funding for payroll is urgent.

Last year we got into trouble when one very large non-profit thought the "float" was actually their very own "free-financing" program. While they would never allow their own well-paid salaried staff to have their payroll in peril for lack of funds, they didn't much care here.

Apart from repeatedly making late payroll-cover payments, from 21 to more than 90 days past payouts, they also misled about their ability and willingness to provide needed information and to make payments - and failed to make a number of required payments at all. If they were Paul, we and you may have been Peter. We, though, remain out of pocket for tens of thousands of dollars.

That represents almost 30% of the entire project payroll. There is no legitimate dispute about what is owed and why.

Subscribe | Past Issues | Translate ▼



When field staffers are in a pinch, no matter the source of a time or payroll error, we use every means available to get people paid: wires, ACH, Venmo, Western Union, personal credit cards and more. From our own funds.

But what was this outfit's response when a staffer was in payroll crisis?

Take your pick:

- "I'm moving into a new place right now, I can't help."
- "Everyone is at a march in D.C., I can't help."
- "I don't usually work weekends. Sorry."

Identifying these insidious attitudes is an important part of making allegedly transparent non-profits actually transparent: you have to be responsible for missteps. You have to actually care.

More importantly, it helps inform what TC should look like going forward. Fair funds floating is part of our mission.

We're taking steps to protect and expand it: for you.

TC Team



**Subscribe**  **Past Issues**  Translate ▼

*Copyright © 2019 TRUCORPS - YOUR WORK MATTERS!, All rights reserved.*

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.