# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Collective Shared Services, LLC    *

    **Plaintiff,**

    v.    *    Case No. 8:19-cv-01208-GJH

CPDA Canvass Network, LLC    *

    **Defendant.**    *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
                                                                              (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

■ The following corporate affiliations exist with Collective Shared Services, LLC:
                                                                                 (name of party)

**Direct Opportunities Group, LLC d/b/a TruCorps; TruCorps, LLC**
                                                   (names of affiliates)

■ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

**Direct Opportunities Group, LLC d/b/a TruCorps; TruCorps, LLC**
                    (names of entities with possible financial interests)

Disclosure of Corporate Interest

☒ In a case based on diversity jurisdiction, the following is a list of all members of **Collective Shared Services, LLC** and their states of citizenship:
(name of LLC party)

| **M. Duane Stillwell** | **Maryland** |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

| May 2, 2019 | /s/ Joseph E. Sandler |
|---|---|
| Date | Signature |
| | **Joseph E. Sandler** |
| | Printed name and bar number |
| | 1090 Vermont Ave., N.W. Suite 750 Washington DC 20005 |
| | Address |
| | **sandler@sandlerreiff.com** |
| | Email address |
| | **(202) 479-1111** |
| | Telephone number |
| | **202 479-1115** |
| | Fax number |

2